UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-00156-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY STREET, | ) | |
|     Defendant. | ) | |

This matter is before the court on Anthony Street's motion for relief from his sentence [DE-117]. Citing recent caselaw, Street argues he may have been improperly sentenced.

Street is attacking the validity of his sentence, and the appropriate avenue to bring this challenge is by way of a § 2255 motion[1]. To the extent that Street seeks to file a § 2255 motion, he must file it on the appropriate form. The Clerk of Court hereby is DIRECTED to send a copy of the appropriate § 2255 form to Street. If Street elects to pursue a § 2255 motion, he shall have twenty-eight days within which to file his motion on the appropriate § 2255 form provided by the Clerk. Street should send the original of the § 2255 form to:

    Clerk of Court
    United States District Court, E.D.N.C.
    ATTN: Prisoner Litigation Division
    P.O. Box 25670
    Raleigh, North Carolina 27611

SO ORDERED.

---

[1] Title 28 Section 2255 states four grounds upon which such relief may be claimed: (1) that the sentence was imposed in violation of the Constitution or laws of the United States; (2) that the court was without jurisdiction to impose such sentence; (3) that the sentence was in excess of the maximum authorized by law; and (4) that the sentence is otherwise subject to collateral attack. 28 U.S.C. § 2255(a).

This 25th day of July 2013.

                                     *James C. Fox*
                                     JAMES C. FOX
                                     SENIOR UNITED STATES DISTRICT JUDGE