# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8674
Fax: 919-861-5555

**DATE:** September 12, 2017

**FROM:** Michael C. Brittain
Supervising U.S. Probation Officer

**SUBJECT:** STREET, Anthony
Case No.: 5:94-CR-156-4BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On June 1, 1995, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base, Anthony Street appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 292 days imprisonment to be followed by 5 years supervised release. On November 18, 2014, pursuant to 18 U.S.C. § 3582(c)(2), imprisonment was reduced to 235 months.

The defendant was released from custody on October 30, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since September 2016. His term of supervision is set to expire on October 29, 2020.

The probation office is requesting early termination. Assistant U.S. Attorney Leslie Cooley was contacted and expressed no objection to this early termination request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          9-13-17
Terrence W. Boyle                    Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                 **Crim. No. 5:94-CR-156-4BO**

**ANTHONY STREET**

On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller            /s/ Michael C. Brittain  
Jeffrey L. Keller                Michael C. Brittain  
Supervising U.S. Probation Officer    Supervising U.S. Probation Officer  
                                             310 New Bern Avenue, Room 610  
                                             Raleigh, NC 27601-1441  
                                             Phone: 919-861-8674  
                                             Executed On: September 13, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __September__, 2017.

Terrence W. Boyle  
U.S. District Judge